**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6151**

_____

WILLIAM ALLEN LEGG,

Plaintiff - Appellant,

versus

ARCHIE GEE, Warden; ASSISTANT WARDEN SPANGLER;
FERNINAND MASSARI, Doctor; KRIPPA KASHYAP,
Doctor; RICHARD CRAIG, Doctor; ROY SWANSON,
Lieutenant; HILLARY JOHNSON, Sergeant; ALL
LISTED DEFENDANTS IN ORIGINAL SUIT 1998; ALL
NEW OR FOUND OUT DEFENDANTS IN THIS SUIT,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
99-3860-DKC)

_____

Submitted: May 11, 2000            Decided: May 18, 2000

_____

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

William Allen Legg, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William Allen Legg, a Maryland inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint under 28 U.S.C.A. § 1915(e) (West Supp. 1999). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Legg v. Gee, No. CA-99-3860-DKC (D. Md. Jan. 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2